Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Minnesota

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | UMAPM Holding Company LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | UMA Precision Machining |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-4102199 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 26833 5th Street W. | |
| Number    Street | Number    Street |
| | P.O. Box |
| Zimmerman    MN    55398 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Sherburne County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                   Voluntary Petition for Non-Individuals Filing for Bankruptcy                   page 1

Debtor  **UMAPM Holding Company LLC**
        Name                                                                             Case number (if known) _____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>3999 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                       MM / DD / YYYY<br>       District _____  When _____  Case number _____<br>                       MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>       District _____  When _____<br>                       MM / DD / YYYY<br>       Case number, if known _____ |

Debtor  UMAPM Holding Company LLC
     Name

Case number (*if known*)_____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number     Street

_____

_____
City     State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  UMAPM Holding Company LLC                                   Case number (*if known*)_____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/26/2024
            MM / DD / YYYY

✘ /s/ John Siami                          John Siami
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Karl Johnson                        Date  11/26/2024
Signature of attorney for debtor                MM / DD / YYYY

Karl Johnson
Printed name

Sapientia Law Group
Firm name

120 S 6th St Ste 100
Number   Street

Minneapolis                               MN        55402
City                                      State     ZIP Code

612-756-7100                              karlj@sapientialaw.com
Contact phone                             Email address

0391211                                   MN
Bar number                                State

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: UMAPM Holding Company, LLC.           Bankruptcy No. 24-_____

                                             Chapter 11 Case

           Debtor

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, John Siami, declare under penalty of perjury that I am the sole Manager of the debtor, UMAPM Holding Company, LLC ("Debtor"), a Delaware limited liability company, and that on November 25, 2024 the following resolution was duly adopted by me being the sole member of the Board of Managers of the Debtor pursuant to Article 6.08 of the Limited Liability Company Agreement of UMAPM Holding Company, LLC.

Whereas, it is in the best interest of the Debtor to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code and more specifically, Subchapter V of that chapter;

NOW, THERE, IT IS HEREBY

RESOLVED, that John Siami, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Debtor; and

FURTHER RESOLVED, that the Debtor is authorized and directed to employ Karl J. Johnson, attorney, and the law firm of Sapientia Law Group, to represent it in such bankruptcy case; and

FURTHER RESOLVED, that John Siami is authorized and directed to assist counsel in all proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds in connection with such bankruptcy case.


Dated: November 26, 2024                    By:/s/ *John Siami* _____
                                            John Siami, Manager and sole member of the Board
                                            of Managers

1

**Fill in this information to identify the case:**

Debtor name: UMAPM Holding Company LLC

United States Bankruptcy Court for the: District of Minnesota

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Productivity, Inc. 15120 25th Avenue N Plymouth, MN, 55447 | 763-476-8600 dsommerfeld@productivity.com | Suppliers or Vendors | | | | 69,716.39 |
| 2 | WIPFLI LLP PO Box 3160 Milwaukee, WI, 53201-3160 | Tanya Malaney 715.858.6656 tmalaney@wipfli.com | Services | | | | 33,510.74 |
| 3 | Chase Card Services PO Box 15298 Wilmington, DE, 19850 | 800-346-5538 | Credit Card Debt | | | | 21,970.87 |
| 4 | Keyport Technical Search LLC 1740 Pheasant Cir Chanhassen, MN, 55331 | Ted Keyport 952-212-8953 ted@keyportsearch.com | Services | | | | 12,666.66 |
| 5 | Sterling Plastics Inc. 375 Apollo Drive Lino Lakes, MN, 55014 | 7632484993 shaun@sterlingplastics.net | Suppliers or Vendors | | | | 7,967.72 |
| 6 | Electrolizing, Inc. 20 Houghton Street Providence , RI, 02904 | Jackie Prusko 401-861-5900 jprusko@electrolizing.com | Services | | | | 7,653.33 |
| 7 | Rocky Mountain Construction Inc 13148 269th Ave Zimmerman, MN, 55398 | Sheldon Pool 612.221.7190 sheldonpool@yahoo.com | Services | | | | 7,000.00 |
| 8 | Carl Zeiss Industrial Quality 28867 NETWORK PLACE Chicago, IL, 60673-1250 | Stacey Jess 763-744-2400 stacey.jess@zeiss.com | Suppliers or Vendors | | | | 4,731.21 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  UMAPM Holding Company LLC
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Aramark/Vestis<br>Vestis 25259 Network Place<br>Chicago, IL, 60673-1252 | 1-800-675-6362<br>amy.willingham@vestis.com | Suppliers or Vendors | | | | 4,222.92 |
| 10 | Staples Business<br>500 Staples Drive<br>Framingham, MA, 01702 | Accounts Receivable<br>888-753-4103<br>csaccountsreceivable@staples.com | Suppliers or Vendors | | | | 4,163.38 |
| 11 | Carr Lane Manufacturing Co.<br>4200 Carr Lane Court<br>St Lours, MO, 63119 | donna.king@carrlane.com | Suppliers or Vendors | | | | 3,369.07 |
| 12 | Hilliard Heating & Cooling, Inc<br>13790 268th Ave NW<br>Zimmerman, MN, 55398 | 763-856-5988<br>hilliardhvac@aol.com | Suppliers or Vendors | | | | 2,830.00 |
| 13 | TWIN CITY PLATING<br>641 Hoover St NE<br>Minneapolis, MN, 55413-3926 | 612-331-8895<br>amie@twincityplating.com | Suppliers or Vendors | | | | 2,570.50 |
| 14 | OSI Environmental Inc<br>1000 Lund Blvd<br>Anoka, MN, 55303 | 763-428-8775<br>redson@osienv.com | Services | | | | 2,317.30 |
| 15 | Carter Cleaning Company<br>554 3rd St NW Suite 101<br>Elk River, MN, 55330 | 763-241-4853<br>nick@cartercleaning.net | Suppliers or Vendors | | | | 1,860.00 |
| 16 | Quill.com<br>PO Box 37600<br>Philadelphia, PA, 19101-0600 | 800-982-3400<br>arpayment@quill.com | Suppliers or Vendors | | | | 1,665.88 |
| 17 | RAY'S DIES AND TUBING<br>74 RAVEN DRIVE SWANTON<br>Swanton, VT, 05488 | 802-868-2040<br>bdomina@raysdiesandtubing.com | Suppliers or Vendors | | | | 1,375.54 |
| 18 | Twin City EDM & Mfg Inc.<br>7940 Ranchers Road N.E.<br>Fridley, MN, 55432 | 763-783-7808<br>ap@twincityedm.com | Suppliers or Vendors | | | | 1,269.60 |
| 19 | Lube-Tech<br>900 Mendelssohn Ave<br>Golden Valley, MN, 55427 | creditdept@lubetech.com | Suppliers or Vendors | | | | 1,051.05 |
| 20 | Midwest Industrial Tool Grinding<br>PO BOX 549<br>Hutchinson, MN, 55350-0549 | (320) 455-0535<br>jennifer.miller@mitgi.us | Suppliers or Vendors | | | | 1,007.17 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

LOCAL FORM 1007-1
REVISED 06/16

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  UMAPM Holding Company, LLC

Case No.

Debtor(s).

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept:    $ Hourly

Prior to the filing of this statement I have received:   $ 31,382

Balance Due    $

2. The source of the compensation paid to me was:

   [✔] Debtor            [ ] Other (specify)

3. The source of the compensation to be paid to me is:

   [✔] Debtor            [ ] Other (specify)

4.
   [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

LOCAL FORM 1007-1
REVISED 06/16

5. In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   B. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   D. Representation of the debtor in contested bankruptcy matters: and

   E. Other services reasonably necessary to represent the debtor(s).

6. Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Date: 11/26/2024                                    /s/Karl J. Johnson
                                                    Signature of Attorney

**United States Bankruptcy Court**

**IN RE:** Case No._____

UMAPM Holding Company LLC
_____ Chapter  \_\_11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Prather Acquisition Company, LLC<br>Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801 | 80 | Limited partner |
| McChesney Holdings, Inc.<br>26833 5th St. W, Zimmerman, MN 55398 | 20 | Limited partner |

A & C Metals, Inc.
1475 92nd Ave NE
Blaine, MN 55449

ADAMS PEST CONTROL
922 Hwy 55 Ste 100
PO Box 233
Medina, MN 55340-0233

All Industry Supplies
6250 Bunker Lake Blvd
Anoka, MN 55303

Amy Swedberg
Maslon LLP, 225 South Sixth Street
Suite 2900
Minneapolis, MN 55402

Andrew M. Luger, U.S. Attorney for the Distri
U.S. Courthouse, 300 South 4th Street
Suite 600
Minneapolis, MN 55415

Aramark/Vestis
Vestis 25259 Network Place
Chicago, IL 60673-1252

AST Compressors
212 1st Avenue NW
Isanti, MN 55040

Attorney General
U.S. Department of Justice, 950 Pennsylv
Washington, DC 20530

C. R. Services
PO Box 278
Zimmerman, MN 55398

Carl Zeiss Industrial Quality
28867 NETWORK PLACE
Chicago, IL 60673-1250

Carr Lane Manufacturing Co.
4200 Carr Lane Court
St Lours, MO 63119

Carter Cleaning Company
554 3rd St NW Suite 101
Elk River, MN 55330

Central Mcgowan, Inc - 139156
PO Box 1691
Minneapolis, MN 55480-1691

Chase Card Services
PO Box 15298
Wilmington, DE 19850

Choice Financial Group
4501 23rd Ave. S.
Fargo, ND 58104

CINTAS
P.O. BOX 88005
Chicago, IL 60680-1005

Concept Machine Tool Sales
15625 Medina Road
Minneapolis, MN 55447

Culligan Water-Metro
P.O.Box 77043
Minneapolis, MN 55480-7743

Cynthia L. Hegarty
Winthrop & Weinstein, Capella Tower, 225
Suite 3500
Minneapolis, MN 55402

Danny Werfel, Commissioner
1111 Constitution Ave NW
Washington, DC 20224

Dist. Counsel of the IRS
380 Jackson St. Ste 650
Saint Paul, MN 55101

Dist. Director of the IRS
30 E 7th St
Stop 5700 Ste 1222
Saint Paul, MN 55101

Electrolizing, Inc.
20 Houghton Street
Providence , RI 02904

Finken Great Glacier
P.O. Box 7190
St Cloud, MN 56302-7190

Fox Valley Metrology
3114 Medalist Drive
Oshkosh, WI 54902

Hilliard Heating & Cooling, Inc
13790 268th Ave NW
Zimmerman, MN 55398

Hudson Hardware
PO Box 158
Zimmerman, MN 55398

Isabel Casillas Guzman, SBA Administrator
409 3rd St. SW
Washington, DC 20416

Keith Ellison, MN Attorney General
445 Minnesota Street
Suite 600
Saint Paul, MN 55101

Keyport Technical Search LLC
1740 Pheasant Cir
Chanhassen, MN 55331

Kim Controls
10045 Davenport Street Northeast
Blaine, MN 55449

Liberty Clark, Inc.
19228 Industrial Blvd. NW
Elk River, MN 55330

Lube-Tech
900 Mendelssohn Ave
Golden Valley, MN 55427

Lube-Tech & Partners, LLC
29573 Network Place
Chicago, IL 60673-1295

Marco Technologies, LLC.
NW 7128 PO Box 1450
Minneapolis, MN 55485

Midwest Industrial Tool Grinding
PO BOX 549
Hutchinson, MN 55350-0549

Minnesota Department of Revenue
P.O. Box 64447-BKY
Bky Collection Div.
Saint Paul, MN 55164-0447

MLW Marketing, Inc.
Lake Zurich, IL 60047-2349

NEMI
11841 243RD AVE NW
Zimmerman, MN 55398

NEXTIVA
8800 E Chaparral Rd
Scottsdale, AZ 85250

NORTH STAR COATING
6224 LAKELAND AVENUE NORTH SUITE 108
Brooklyn Park, MN 55428

Orrock Direct Industrial Courier, Inc.
12161 197th Court NW
Elk River, MN 55330

OSI Environmental Inc
1000 Lund Blvd
Anoka, MN 55303

Productivity, Inc.
15120 25th Avenue N
Plymouth, MN 55447

Quill.com
PO Box 37600
Philadelphia, PA 19101-0600

RAY'S DIES AND TUBING
74 RAVEN DRIVE SWANTON
Swanton, VT 05488

Ready Made Plastic Trays
960 E. Franklin Road
Meridian, ID 86342

Rocky Mountain Construction Inc
13148 269th Ave
Zimmerman, MN 55398

Source Machinery Sales
7421 Commerce Lane
Fridley, MN 55432

Staples Business
500 Staples Drive
Framingham, MA 01702

Sterling Plastics Inc.
375 Apollo Drive
Lino Lakes, MN 55014

STREET FLEET
PO BOX 130081
Roseville, MN 55113

TTC North America
2201 E 46th St
Indianapolis, MN 46205

Twin City EDM & Mfg Inc.
7940 Ranchers Road N.E.
Fridley, MN 55432

TWIN CITY PLATING
641 Hoover St NE
Minneapolis, MN 55413-3926

U.S. Small Business Administration
330 2nd Ave. S.
Minneapolis, MN 55401

UMA Properties, LLC
26820 140th St.
Attn: Tom McChesney, Manager
Zimmerman, MN 55398

Verde Plus Lawn Care, LLC
P.O. Box 162
Zimmerman, MN 55398

Voestalpine High Performance Metals Corp.
PO Box 856088
Minneapolis, MN 55485-6088

WIPFLI LLP
PO Box 3160
Milwaukee, WI 53201-3160

United States Bankruptcy Court

District of Minnesota

In re: UMAPM Holding Company LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 11/26/2024

/s/ John Siami
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor