**Fill in this information to identify the case:**

Debtor name ___UMAPM Holding Company LLC___

United States Bankruptcy Court for the: ___District of Minnesota___

(State)

Case number (If known): ___24-43262___

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ......................................................................   $ ___0.00___

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................   $ ___2,624,367.38___

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................................   $ ___2,624,367.38___

---

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................   $ ___2,602,530.00___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................   $ ___0.00___

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..................................   +$ ___272,237.95___

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b   $ ___2,874,767.95___

**Fill in this information to identify the case:**

Debtor name ___UMAPM Holding Company LLC___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (If known): ___24-43262___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Entre Bank | Checking | 6 5 9 6 | $ 93,661.11 |
| 3.2. Choice Bank | Checking | 7 4 0 5 | $ 1,685.00 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1** | $ 95,346.11 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. _____ | $_____ |
| 7.2. _____ | $_____ |

Debtor _____   Case number (if known) __24-43262__
       UMAPM Holding Company LLC
       Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 288,513.27 | – | 0.00 | = ........ → | $ 288,513.27 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | 2,699.00 | – | 2,699.00 | = ........ → | $ 0.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 288,513.27

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
|---|---|---|
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

| 15.1._____ | _____% | _____ | $_____ |
|---|---|---|---|
| 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
|---|---|---|
| 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor   UMAPM Holding Company LLC
_____
Name

Case number (*if known*)   24-43262
_____

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Components & Other Raw Materal | ___ MM / DD / YYYY | $_____ | Cost | 74,669.00 $_____ |
| 20. **Work in progress** Work In Progress | ___ MM / DD / YYYY | $_____ | Liquidation | 0.00 $_____ |
| 21. **Finished goods, including goods held for resale** Finished Goods | ___ MM / DD / YYYY | $_____ | Cost | 103,589.00 $_____ |
| 22. **Other inventory or supplies** _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 178,258.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor  UMAPM Holding Company LLC

Name

Case number *(if known)* 24-43262

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See continuation sheet | $ 0.00 | _____ | $ 20,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 20,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor    UMAPM Holding Company LLC
_____    Case number (if known)  24-43262
Name

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 0.00 | _____ | $ 2,042,250.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 2,042,250.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor  UMAPM Holding Company LLC _____  Case number (if known) 24-43262 _____
Name

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  26833 5th St. W. Zimmerman, MN 55398 | Leasehold | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00<br>$_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website, logo, etc.<br>_____ | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| 0.00<br>$_____ |
|---|

---

Debtor UMAPM Holding Company LLC
_____
Name

Case number (if known) 24-43262
_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  0.00 — 0.00 = ➜  $ 0.00
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Potential Claim Against Tom McChesney
_____   $ Unknown

**Nature of claim**   Unauthorized Post-Sale Personal Exp

**Amount requested**   $ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

**Nature of claim**   _____

**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   UMAPM Holding Company LLC
_____
Name

Case number *(if known)* 24-43262
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 95,346.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 288,513.27 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 178,258.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,042,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 2,624,367.38 | 91b. $ 0.00 |

+

| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | 2,624,367.38 ..................................................... | $ 2,624,367.38 |
|---|---|---|

Debtor 1    UMAPM Holding Company LLC _____    Case number (*if known*)_____

First Name        Middle Name        Last Name

### Continuation Sheet for Official Form 206 A/B

**41) Office equipment, including all computer equipment and communication systems equipment and software**

**General description Net book value Valuation method Current value**

**Office & Business Liquidation 20,000.00**
**Euipment**

**Ricoh C2004EX Leased 0.00**
**Copier**

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**General description Net book value Valuation method Current value**

**2023 MX-330 Leased 0.00**
**(SN23011)**

**See Schedule A/B Liquidation 2,042,250.00**
**Part 8, Question**
**50 Attachment**

**Schedule A/B Part 8, Question 50**

Schedule 1
Asset Summary

**UMA PRECISION MACHINING, INC.**
Machinery and Equipment Appraisal

Report Date: January 15, 2024
Effective Date: December 28, 2023

| ITEM # | QTY | UNIT # | MFG | MODEL | DESCRIPTION | S/N OR VIN | YEAR/ AGE | COND | FAIR MARKET VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ***CNC MACHINES AND ACCESSORIES*** | | | | | |
| 1 | 1 | U5 | Fadal | 904-1 | Machining center, vertical, CNC, 3 axis, ~16" x 30" table, 20 position automatic tool changer, 40 taper spindle, Fadal CNC 88HS controls, associated accessories and attributes. | 9906908 | 1999 | 4 | 8,000 | 5,000 |
| 2 | 1 | U65 | Haas | UMC-750 | Machining center, vertical / universal, CNC, 5 axis, integrated dual axis rotary trunnion table, 40 position automatic tool changer, 40 taper spindle, Haas controls, chip conveyor, associated accessories and attributes. | 1154669 | 2018 | 3 | 120,000 | 100,000 |
| 3 | 1 | U10 | Haas | VF-1D | Machining center, vertical, CNC, 3 axis, ~14" x 26" table, 20 position automatic tool changer, 40 taper spindle, Haas controls, associated accessories and attributes. | 35386 | 2004 | 3 | 20,000 | 15,000 |
| 4 | 1 | U66 | Haas | VF-2SS | Machining center, vertical, CNC, 5 axis, ~15" x 36" table, 30 position automatic tool changer, 40 taper spindle, Haas controls, chip conveyor, associated accessories and attributes. | 1157956 | 2018 | 3 | 60,000 | 45,000 |
| 5 | 1 | U48 | Haas | VF-4SS | Machining center, vertical, CNC, 4 axis, ~19" x 52" table, 40 position automatic tool changer, 40 taper spindle, Haas controls, associated accessories and attributes. | 115306 | 2014 | 3 | 60,000 | 45,000 |
| 6 | 1 | U59 | Stratasys | uPrint SE Plus | Printer, 3D, CNC, 8" x 8" x 6" build area, nine color, personal ABS bench top type. | P60040 | 2016 | 3 | 10,000 | 7,500 |

**Schedule A/B Part 8, Question 50**

Schedule 1
Asset Summary

**UMA PRECISION MACHINING, INC.**
Machinery and Equipment Appraisal

Report Date: January 15, 2024
Effective Date: December 28, 2023

| ITEM # | QTY | UNIT # | MFG | MODEL | DESCRIPTION | S/N OR VIN | YEAR/ AGE | COND | FAIR MARKET VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1 | U9 | Citizen | A20-VIIPL | Turning center, CNC, Swiss type, 7 axis, gang tool type, 0.787" bar capacity, sub-spindle, Citizen controls, high pressure coolant system, mist collector, Edge C320 bar feeder, associated accessories and attributes. | AC5060 | 2008 | 3 | 60,000 | 45,000 |
| 8 | 1 | U41 | Citizen | A20-VIIPL | Turning center, CNC, Swiss type, 7 axis, gang tool type, 0.787" bar capacity, sub-spindle, Citizen controls, high pressure coolant system, mist collector, Edge C320 bar feeder, associated accessories and attributes. | AC7042 | 2012 | 3 | 80,000 | 65,000 |
| 9 | 1 | U7 | Citizen | A20-VIPL | Turning center, CNC, Swiss type, 7 axis, gang tool type, 0.787" bar capacity, sub-spindle, Citizen controls, high pressure coolant system, mist collector, Edge C320 bar feeder, associated accessories and attributes. | AC0314 | 2008 | 3 | 60,000 | 45,000 |
| 10 | 1 | U46 | Citizen | A32-2M7P | Turning center, CNC, Swiss type, 7 axis, gang tool type, 1.259" bar capacity, sub-spindle, Citizen controls, high pressure coolant system, mist collector, chip conveyor, Edge C-332 bar feeder, associated accessories and attributes. | V25091 | 2013 | 3 | 120,000 | 90,000 |
| 11 | 1 | U63 | Citizen | L12-1M7 | Turning center, CNC, Swiss type, 7 axis, gang tool type, 0.787" bar capacity, sub-spindle, Citizen controls, high pressure coolant system, mist collector, Citizen CAV12-LE-IS bar feeder, associated accessories and attributes. | F51460 | 2017 | 3 | 130,000 | 100,000 |

**Schedule A/B Part 8, Question 50**

Schedule 1
Asset Summary

**UMA PRECISION MACHINING, INC.**
Machinery and Equipment Appraisal

Report Date: January 15, 2024
Effective Date: December 28, 2023

| ITEM # | QTY | UNIT # | MFG | MODEL | DESCRIPTION | S/N OR VIN | YEAR/ AGE | COND | FAIR MARKET VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 1 | U67 | Citizen | L20E-2M10 | Turning center, CNC, Swiss type, 8 axis, gang tool type, 0.787" bar capacity, sub-spindle, Citizen controls, high pressure coolant system, mist collector, Citizen CAU20-L2E-IS bar feeder, associated accessories and attributes. | L220EA/2264 | 2019 | 3 | 200,000 | 160,000 |
| 13 | 1 | U74 | Citizen | L20E-2M10 | Turning center, CNC, Swiss type, 8 axis, gang tool type, 0.787" bar capacity, sub-spindle, Citizen controls, high pressure coolant system, mist collector, Citizen CAU20-L2E-IS bar feeder, associated accessories and attributes. | L220EA/3079 | 2021 | 2 | 225,000 | 180,000 |
| 14 | 1 | U73 | Citizen | L20E-2M10 | Turning center, CNC, Swiss type, 8 axis, gang tool type, 0.787" bar capacity, sub-spindle, Citizen controls, high pressure coolant system, mist collector, Citizen CAU20-L2E-IS bar feeder, associated accessories and attributes. | L220EA/3074 | 2021 | 2 | 225,000 | 180,000 |
| 15 | 1 | U58 | Citizen | L20E-2M12 | Turning center, CNC, Swiss type, 8 axis, gang tool type, 0.787" bar capacity, sub-spindle, Citizen controls, high pressure coolant system, mist collector, Citizen CAU20-L2E-IS bar feeder, associated accessories and attributes. | QF0587 | 2016 | 3 | 160,000 | 130,000 |
| 16 | 1 | U8 | Citizen | L20-VIII | Turning center, CNC, Swiss type, 7 axis, gang tool type, 0.787" bar capacity, sub-spindle, Citizen controls, high pressure coolant system, mist collector, Citizens CAV20-iS bar feeder, associated accessories and attributes. | Q16312 | 2007 | 3 | 70,000 | 55,000 |

**THIS REPORT IS ONLY VALID IN ITS ENTIRETY**

**Schedule A/B Part 8, Question 50**

Schedule 1
Asset Summary

**UMA PRECISION MACHINING, INC.**
Machinery and Equipment Appraisal

Report Date: January 15, 2024
Effective Date: December 28, 2023

| ITEM # | QTY | UNIT # | MFG | MODEL | DESCRIPTION | S/N OR VIN | YEAR/AGE | COND | FAIR MARKET VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | U3 | KIA | Super KIA Turn 15 | Turning center, CNC, 2 axis, ~10.6" swing x 16.14" centers, 1.89" spindle bore, 12 position turret, tailstock, Fanuc 21-T controls, associated accessories and attributes. | SKT150360 | 2000 | 3 | 12,000 | 9,000 |
| 18 | 1 | U43 | Mazak | QTS200 | Turning center, CNC, 3 axis, ~24" swing x 20" centers, 2.6" spindle bore, 12 position turret, tailstock, Mazatrol Smart controls, associated accessories and attributes. | 252292 | 2013 | 3 | 55,000 | 40,000 |
| 19 | 1 | U39 | Tsugami | S205 | Turning center, CNC, Swiss type, 8 axis, gang tool type, 0.787" bar capacity, sub-spindle, Fanuc 32i Model B controls, high pressure coolant system, mist collector, FMB Minimag 20 bar feeder, associated accessories and attributes. | 318 | 2011 | 3 | 85,000 | 60,000 |
| 20 | 1 | U40 | Tsugami | S206 | Turning center, CNC, Swiss type, 8 axis, gang tool type, 0.787" bar capacity, sub-spindle, Fanuc 32i Model B controls, high pressure coolant system, mist collector, FMB Minimag 20 bar feeder, associated accessories and attributes. | 545 | 2011 | 3 | 85,000 | 60,000 |
| 21 | 1 | U37 | Tsugami | SS207 | Turning center, CNC, Swiss type, 5 axis, gang tool type, 0.787" bar capacity, sub-spindle, Fanuc 32i Model B controls, high pressure coolant system, mist collector, FMB Minimag 20 bar feeder, associated accessories and attributes. | 108 | 2010 | 3 | 70,000 | 50,000 |
| 22 | 1 | U20 | Makino | DUO 43 | EDM machine, CNC, wire type, 5 axis, ~24" x 28" work zone, Makino MGW-S6 controls, chiller, filtration system, associated accessories and attributes. | W120047 | 2008 | 3 | 40,000 | 32,000 |

**Schedule A/B Part 8, Question 50**

Schedule 1
Asset Summary

**UMA PRECISION MACHINING, INC.**
Machinery and Equipment Appraisal

Report Date: January 15, 2024
Effective Date: December 28, 2023

| ITEM # | QTY | UNIT # | MFG | MODEL | DESCRIPTION | S/N OR VIN | YEAR/ AGE | COND | FAIR MARKET VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 1 | | Yuasa | TPDX-50 | CNC machining center accessory, 4th axis collet closer, with controls. | | | 3 | 2,500 | 1,800 |
| 24 | 1 | | Haas | HA5C | CNC machining center accessory, 4th axis indexer. | D12826 | | 3 | 5,000 | 3,500 |
| 25 | 1 | | Haas | HRT160 | CNC machining center accessory, 4th axis rotary table, with custom built trunnion. | 170858 | | NS | 2,500 | 1,800 |
| 26 | 2 | | Haas | HTS4 | CNC machining center accessories, manual tailstock. | 10/14 | | 3 | 1,500 | 1,200 |
| 27 | 1 | | Haas | TRT160 *(assumed)* | CNC machining center accessory, 5th axis tilting rotary table. | | | 2 | 28,000 | 20,000 |
| 28 | 1 | | Haimer | PC2006 Economic Plus | Tooling shrink-fit machine, benchtop type. | 7201517 | 2018 | 3 | 12,000 | 9,000 |
| 29 | 1 | | | | CNC machine tooling and accessories (Group) including, however not limited to machining center tool holders, turning center static and live turret tools, turning center and Swiss lathe tooling, chucks, adapters, inserts, sleeve holders, tool setting fixtures, angle and set up plates, tool bits, drills, cutters, related items. | | | 3 | 100,000 | 60,000 |
| | | | | | ***MANUAL MACHINES AND SECONDARY EQUIPMENT*** | | | | | |
| 30 | 1 | U69 | Mass Finishing | HZ-40 | Deburring and finishing machine, rotary / centrifugal tumbler, 1.4 cubic foot capacity, (6) baskets. | 26537H | 2020 | 2 | 18,000 | 15,000 |
| 31 | 1 | | Jet | J-4300A | Grinder, 6" belt, tilting head, cabinet base. | 18110018 | 2018 | 3 | 1,500 | 1,200 |
| 32 | 1 | U2 | Hardinge | HC | Lathe, automatic chucker / hand screw, 8 position turret. | | | 4 | 3,500 | 2,500 |

**THIS REPORT IS ONLY VALID IN ITS ENTIRETY**

**Schedule A/B Part 8, Question 50**

Schedule 1
Asset Summary

**UMA PRECISION MACHINING, INC.**
Machinery and Equipment Appraisal

Report Date: January 15, 2024
Effective Date: December 28, 2023

| ITEM # | QTY | UNIT # | MFG | MODEL | DESCRIPTION | S/N OR VIN | YEAR/ AGE | COND | FAIR MARKET VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 1 | U54 | Bridgeport / Hardinge | | Milling machine, vertical knee, CNC, 2 axis, variable speed spindle, 9" x 48" table, controls, associated accessories and attributes. | HDNG1809 | 2006 | 3 | 12,000 | 9,000 |
| 34 | 1 | U1 | Bridgeport | EZ Trak | Milling machine, vertical knee, CNC, 2 axis, variable speed spindle, 9" x 48" table, Syncmaster 150N controls, Procunier tapping head, associated accessories and attributes. | BR281175E | 2001 | 3 | 10,000 | 7,500 |
| 35 | 1 | Y64 | Grieve | HA-1250 | Oven, heat treating, electric, 1250° F, 20 KW, 20" x 20" x 20". | 121172A1117 | 2017 | 3 | 15,000 | 9,000 |
| 36 | 1 | | Magido | L902FP | Parts washer, heated, top load, stainless steel. | 19.902.102 | 2019 | 3 | 6,000 | 4,500 |
| 37 | 1 | U17 | Denison | Multipress | Press, hydraulic, 8 ton. | 19317 | 1966 | 4 | 1,500 | 1,200 |
| 38 | 1 | U44 | Clausing Kalamazoo | KC12AX | Saw, horizontal metal cutting band, ~12" x 12" capacity, automatic, clamping, with infeed roller conveyor. | H10214076 | 2013 | 3 | 12,000 | 9,000 |
| 39 | 1 | | Roll-In | | Saw, vertical band metal cutting, gravity feed. | | | 3 | 2,500 | 1,800 |
| 40 | 1 | U70/ 71 | Crest | OJDs-1218/Ojs-1218WRR | Ultrasonic immersion cleaning and drying machine. | 0620ST447-0004/ 0120ST448-0003 | 2021 | 2 | 35,000 | 25,000 |
| 41 | 1 | | | | Manual machine tooling and accessories (Group) including, however not limited to mill and lathe tooling, chucker and hand screw collets, collet closers and tooling, drill and mill vises, lathe chucks, indexers, drill chucks, sine plates, angle plates and set up blocks, tool bits, drills, cutters, related items. | | | 3 | 10,000 | 6,000 |

**Schedule A/B Part 8, Question 50**

Schedule 1
Asset Summary

**UMA PRECISION MACHINING, INC.**
Machinery and Equipment Appraisal

Report Date: January 15, 2024
Effective Date: December 28, 2023

| ITEM # | QTY | UNIT # | MFG | MODEL | DESCRIPTION | S/N OR VIN | YEAR/ AGE | COND | FAIR MARKET VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 1 | | | | Secondary support machines and equipment (Group) including, however not limited to pedestal grinders, disc and belt grinders, arbor press, ultrasonic cleaner, tool grinder, related items. | | | 3 | 10,000 | 7,500 |
| | | | | | *QUALITY ASSURANCE AND INSPECTION EQUIPMENT* | | | | | |
| 43 | 1 | | Mitutoyo | HR500 | Hardness tester, digital readout. | 800111702 | | 3 | 7,500 | 6,000 |
| 44 | 1 | U55 | FOBA | Vario S 20F | Laser marking machine, CNC, CO2 laser. | VD1202/015 | 2012 | 3 | 15,000 | 12,000 |
| 45 | 1 | | Brown & Sharpe | 599-550S | Optical comparator, 14" diameter screen, Quadra-Chek 200 digital readouts. | | | 3 | 4,000 | 3,200 |
| 46 | 1 | | Mitutoyo | PH3500 | Optical comparator, 14" diameter screen, Quadra-Chek 200 digital readouts. | 000761609 | | 3 | 6,500 | 5,000 |
| 47 | 1 | U68 | Zeiss | O-Inspect 5/4/3 | Coordinate measuring machine, bridge type, 18" x 21" base, probe, probe rack, PC computer, associated accessories. | 185147 | 2021 | 2 | 150,000 | 120,000 |
| 48 | 1 | | OGP | Smartscope Flash 200 | Optical inspection multisensor metrology system, elevating bridge, 200mm x 200mm x 150mm work area, associated computer and monitor, joystick control, workstation. | SVL2003206R | 2012 | 3 | 30,000 | 22,000 |
| 49 | 1 | | OGP | Smartscope Flash 302 | Optical inspection multisensor metrology system, elevating bridge, 300mm x 300mm x 250mm work area, associated computer and monitor, joystick control, workstation. | SVW3025270 | 2017 | 3 | 45,000 | 35,000 |
| 50 | 1 | | Mitutoyo | SJ-410 | Surface roughness tester. | 002661412 | | 3 | 3,500 | 2,500 |

| Schedule 1 | | | | | | | | | Report Date: January 15, 2024 |
| Asset Summary | | | | | | | | | Effective Date: December 28, 2023 |

**UMA PRECISION MACHINING, INC.**
Machinery and Equipment Appraisal

| ITEM # | QTY | UNIT # | MFG | MODEL | DESCRIPTION | S/N OR VIN | YEAR/ AGE | COND | FAIR MARKET VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 1 | | | | Precision and inspection tools and accessories (Group) including, however not limited to height gages, gage block and pin gage sets, dial indicators and bases, gage bore sets, thread gages, concentricity gages, bench micrometers, surface plates, micrometers and mic sets, verniers, scales, toolmakers scopes, related items. | | | 3 | 50,000 | 30,000 |
| | | | | | ***GENERAL SHOP SUPPORT EQUIPMENT*** | | | | | |
| 52 | 2 | | Allsource | 41500 | Abrasive blast cabinets, 48", reach end, end opening doors, lighted, integral dust collector. | | | 3 | 3,000 | 2,200 |
| 53 | 1 | U62 | Sullivan Palatek | 25D4VFDAW | Air compressor, rotary screw, 25 hp. | 1703170001 | 2017 | 3 | 7,500 | 5,000 |
| 54 | 1 | U61 | Sullivan Palatek | 25D4VFDAW | Air compressor, rotary screw, 25 hp. | 1703170002 | 2017 | 3 | 7,500 | 5,000 |
| 55 | 1 | | Sullivan Palatek | SPTX-120A-116 | Air dryer, refrigerated. | 53633 | 2017 | 3 | 2,500 | 1,800 |
| 56 | 1 | | Sullivan Palatek | SPTX-120A-116 | Air dryer, refrigerated. | 53632 | 2017 | 3 | 2,500 | 1,800 |
| 57 | 1 | | | | Air receiving tank, ~300 gallon. | | | 3 | 1,000 | 750 |
| 58 | 1 | U72 | Empire | BBO | Basket blaster, bench top, with dust collector. | 33875 | | 3 | 2,000 | 1,500 |
| 59 | 1 | | Cold Jet | PCS 60-C001 | Dry ice machine with storage cart. | 01336 | 2019 | 3 | 28,000 | 22,000 |
| 60 | 1 | U57 | Tornado | 99414 | Floor buffer, walk behind, electric. | | | 3 | 2,500 | 2,000 |
| 61 | 1 | U56 | Minuteman | E26 | Floor scrubber, walk behind, electric. | | | 3 | 7,500 | 6,000 |
| 62 | 1 | | Nissan | PH02A25 | Forklift, ride on, LP, cushion tires, 5500# capacity. | 008872 | 1991 | 3 | 6,000 | 4,500 |
| 63 | 1 | U47 | Skyjack | SJ III 3219 | Lift, scissor, electric, 19' reach, 500# capacity. | 255042 | 2006 | 3 | 5,000 | 4,000 |

**THIS REPORT IS ONLY VALID IN ITS ENTIRETY**

**Schedule A/B Part 8, Question 50**

Schedule 1
Asset Summary

**UMA PRECISION MACHINING, INC.**
Machinery and Equipment Appraisal

Report Date: January 15, 2024
Effective Date: December 28, 2023

| ITEM # | QTY | UNIT # | MFG | MODEL | DESCRIPTION | S/N OR VIN | YEAR/ AGE | COND | FAIR MARKET VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 1 | | | | Shop support equipment (Group) including, however not limited to work benches and tables, tool holder carts, bench scales, roto scrap bins, pallet racking, cantilever steel racking, shop carts, fans, transfer pumps, ladders, tool cabinets, related items. | | | 3 | 50,000 | 35,000 |
| | | | | | | | | | | |
| | | | | | ***OFFICE AND BUSINESS ASSETS*** | | | | | |
| 65 | 1 | | | | Office furniture and business equipment (Group) including, however not limited to desks, chairs, conference room furniture, reception station, PC work stations, printers and copiers, telephone system, security system, related items. | | | 3 | 50,000 | 20,000 |
| | | | | | | | | | | |
| | | | | | ***TOTAL VALUE REPORTED*** | | | | $ 2,730,000 | $ 2,062,250 |
| | | | | | | | | | | |
| | | | | | ***LEASED EQUIPMENT*** | | | | | |
| 66 | 1 | | Matsuura | MX-330 | Machining center, vertical, CNC, 5 axis, rotary trunnion table, 90 position automatic tool changer, 40 taper spindle, Matsuura G-Tech 31i controls, LNS ChipBLASTER high pressure coolant, Fox WS2 mist collector, chip conveyor, Matsuura MX-330-PC10 rotary 10 position pallet changer, loading station,  associated attributes and accessories. | 23011 | 2023 | 2 | 550,000 | 500,000 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | UMAPM Holding Company LLC |
| United States Bankruptcy Court for the: | District of Minnesota |
| Case number (If known): | 24-43262 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Choice Financial Group

Creditor's mailing address
4501 23rd Ave. S.
Fargo, ND 58104

Creditor's email address, if known
amy.swedberg@maslon.com

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien
Components & Other Raw Materal, Finished Goods, See Schedule A/B Part 8, Question 50 Attachment, Office & Business Euipment, Accounts Receivable, Website, logo, etc., Work In Progress

$ 2,460,000.00    $ 2,530,706.27

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2** Creditor's name
U.S. Small Business Administration

Creditor's mailing address
330 2nd Ave. S.
#430, Minneapolis, MN 55401

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$142,530.00    $Unknown

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       $ 2,602,530.00

Debtor   UMAPM Holding Company LLC

Name

Case number *(if known)*   24-43262

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| Amy Swedberg<br>Maslon LLP, 225 South Sixth Street<br>Suite 2900<br>Minneapolis, MN, 55402 | Line 2. 1 | _____ |
| Attorney General<br>U.S. Department of Justice, 950 Pennsylvania Avenue NW<br>Washington, DC, 20530 | Line 2. 2 | _____ |
| Isabel Casillas Guzman, SBA Administrator<br>409 3rd St. SW<br>Washington, DC, 20416 | Line 2. 2 | _____ |
| U.S. Attorney Office for the District of Minnesota<br>U.S. Courthouse, 300 South 4th Street, Suite 600<br>Attn: Civil Process Clerk<br>Minneapolis, MN, 55415 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | UMAPM Holding Company LLC |
| United States Bankruptcy Court for the: | District of Minnesota |
| Case number (if known) | 24-43262 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
Dist. Director of the IRS
30 E 7th St
Stop 5700 Ste 1222
Saint Paul, MN 55101

**As of the petition filing date, the claim is:** $ Unknown    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** | **Priority creditor's name and mailing address**
Minnesota Department of Revenue
P.O. Box 64447-BKY
Bky Collection Div.
Saint Paul, MN 55164-0447

**As of the petition filing date, the claim is:** $ Unknown    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor   UMAMI Holding Company LLC
          Name                                                    Case number (if known)   24-43262

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**  **Nonpriority creditor's name and mailing address**
A & C Metals, Inc.
1475 92nd Ave NE
Blaine, MN 55449

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 966.69

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**  **Nonpriority creditor's name and mailing address**
ADAMS PEST CONTROL
922 Hwy 55 Ste 100
PO Box 233
Medina, MN 55340-0233

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 190.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**  **Nonpriority creditor's name and mailing address**
All Industry Supplies
6250 Bunker Lake Blvd
Anoka, MN 55303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 119.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**  **Nonpriority creditor's name and mailing address**
Aramark/Vestis
Vestis 25259 Network Place
Chicago, IL 60673-1252

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 4,222.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**  **Nonpriority creditor's name and mailing address**
AST Compressors
212 1st Avenue NW
Isanti, MN 55040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 943.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**  **Nonpriority creditor's name and mailing address**
C. R. Services
PO Box 278
Zimmerman, MN 55398

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 612.04

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  GMAPM Holding Company LLC
        Name

Case number (if known)  24-43262

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Carl Zeiss Industrial Quality
28867 NETWORK PLACE
Chicago, IL 60673-1250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,731.21

---

**3.8** **Nonpriority creditor's name and mailing address**

Carr Lane Manufacturing Co.
4200 Carr Lane Court
St Lours, MO 63119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,369.07

---

**3.9** **Nonpriority creditor's name and mailing address**

Carter Cleaning Company
554 3rd St NW Suite 101
Elk River, MN 55330

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,860.00

---

**3.10** **Nonpriority creditor's name and mailing address**

Central Mcgowan, Inc - 139156
PO Box 1691
Minneapolis, MN 55480-1691

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 100.00

---

**3.11** **Nonpriority creditor's name and mailing address**

Chase Card Services
PO Box 15298
Wilmington, DE 19850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  8814

$ 21,970.87

Debtor  GMAM Holding Company LLC
_____
Name

Case number (if known)  24-43262
_____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**  **Nonpriority creditor's name and mailing address**

CINTAS
P.O. BOX 88005
Chicago, IL 60680-1005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524.82

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13**  **Nonpriority creditor's name and mailing address**

Concept Machine Tool Sales
15625 Medina Road
Minneapolis, MN 55447

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 701.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**  **Nonpriority creditor's name and mailing address**

Culligan Water-Metro
P.O.Box 77043
Minneapolis, MN 55480-7743

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43.60

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**  **Nonpriority creditor's name and mailing address**

Electrolizing, Inc.
20 Houghton Street
Providence , RI 02904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,653.33

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**  **Nonpriority creditor's name and mailing address**

Finken Great Glacier
P.O. Box 7190
St Cloud, MN 56302-7190

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 736.05

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  UMPH Holding Company LLC                          Case number *(if known)*  24-43262
        Name

| **Part 2:** | **Additional Page** |

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** **Nonpriority creditor's name and mailing address**

Fox Valley Metrology
3114 Medalist Drive
Oshkosh, WI 54902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 833.71

---

**3.18** **Nonpriority creditor's name and mailing address**

Hilliard Heating & Cooling, Inc
13790 268th Ave NW
Zimmerman, MN 55398

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,830.00

---

**3.19** **Nonpriority creditor's name and mailing address**

Hudson Hardware
PO Box 158
Zimmerman, MN 55398

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 194.64

---

**3.20** **Nonpriority creditor's name and mailing address**

Keyport Technical Search LLC
1740 Pheasant Cir
Chanhassen, MN 55331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,666.66

---

**3.21** **Nonpriority creditor's name and mailing address**

Kim Controls
10045 Davenport Street Northeast
Blaine, MN 55449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 123.50

---

| Debtor | UMAFM Holding Company LLC | Case number *(if known)* | 24-43262 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22 Nonpriority creditor's name and mailing address**

Liberty Clark, Inc.
19228 Industrial Blvd. NW
Elk River, MN 55330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 566.80

---

**3.23 Nonpriority creditor's name and mailing address**

Lube-Tech
900 Mendelssohn Ave
Golden Valley, MN 55427

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,051.05

---

**3.24 Nonpriority creditor's name and mailing address**

Lube-Tech & Partners, LLC
29573 Network Place
Chicago, IL 60673-1295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 556.25

---

**3.25 Nonpriority creditor's name and mailing address**

Marco Technologies, LLC.
NW 7128 PO Box 1450
Minneapolis, MN 55485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 190.00

---

**3.26 Nonpriority creditor's name and mailing address**

Midwest Industrial Tool Grinding
PO BOX 549
Hutchinson, MN 55350-0549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,007.17

---

Debtor  UMARA Holding Company LLC  Case number *(if known)*  24-43262
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27  Nonpriority creditor's name and mailing address**

MLW Marketing, Inc.
830 W Route 22, #47
Lake Zurich, IL 60047-2349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 15.98**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28  Nonpriority creditor's name and mailing address**

NEMI
11841 243RD AVE NW
Zimmerman, MN 55398

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 243.60**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29  Nonpriority creditor's name and mailing address**

NEXTIVA
8800 E Chaparral Rd
Scottsdale, AZ 85250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 287.55**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30  Nonpriority creditor's name and mailing address**

NORTH STAR COATING
6224 LAKELAND AVENUE NORTH SUITE 108
Brooklyn Park, MN 55428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 640.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31  Nonpriority creditor's name and mailing address**

Orrock Direct Industrial Courier, Inc.
12161 197th Court NW
Elk River, MN 55330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 390.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  GMFM Holding Company LLC
        Name

Case number (if known)  24-43262

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

OSI Environmental Inc
1000 Lund Blvd
Anoka, MN 55303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,317.30

---

**3.33** Nonpriority creditor's name and mailing address

Productivity, Inc.
15120 25th Avenue N
Plymouth, MN 55447

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69,716.39

---

**3.34** Nonpriority creditor's name and mailing address

Quill.com
PO Box 37600
Philadelphia, PA 19101-0600

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,665.88

---

**3.35** Nonpriority creditor's name and mailing address

RAY'S DIES AND TUBING
74 RAVEN DRIVE SWANTON
Swanton, VT 05488

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,375.54

---

**3.36** Nonpriority creditor's name and mailing address

Ready Made Plastic Trays
960 E. Franklin Road
Meridian, ID 86342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 446.00

---

Debtor    UMAFM Holding Company LLC    Case number *(if known)*    24-43262
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.37** Nonpriority creditor's name and mailing address

Rocky Mountain Construction Inc
13148 269th Ave
Zimmerman, MN 55398

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 7,000.00

---

**3.38** Nonpriority creditor's name and mailing address

Source Machinery Sales
7421 Commerce Lane
Fridley, MN 55432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 201.00

---

**3.39** Nonpriority creditor's name and mailing address

Staples Business
500 Staples Drive
Framingham, MA 01702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 4,163.38

---

**3.40** Nonpriority creditor's name and mailing address

Sterling Plastics Inc.
375 Apollo Drive
Lino Lakes, MN 55014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 7,967.72

---

**3.41** Nonpriority creditor's name and mailing address

STREET FLEET
PO BOX 130081
Roseville, MN 55113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 435.69

| Debtor | UMAM Holding Company LLC | Case number *(if known)* | 24-43262 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42  Nonpriority creditor's name and mailing address**

TTC North America
2201 E 46th St
Indianapolis, MN 46205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 387.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43  Nonpriority creditor's name and mailing address**

Twin City EDM & Mfg Inc.
7940 Ranchers Road N.E.
Fridley, MN 55432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,269.60

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44  Nonpriority creditor's name and mailing address**

TWIN CITY PLATING
641 Hoover St NE
Minneapolis, MN 55413-3926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,570.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45  Nonpriority creditor's name and mailing address**

U.S. Bank Marshall Equipment Finance
1310 Madrid St.
Marshall, MN 56258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Lease

$ 431.79

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46  Nonpriority creditor's name and mailing address**

UMA Properties, LLC
26820 140th St.
Attn: Tom McChesney, Manager
Zimmerman, MN 55398

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

$ 57,900.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | UMAFR Holding Company LLC | Case number (if known) | 24-43262 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47 Nonpriority creditor's name and mailing address**

Verde Plus Lawn Care, LLC
P.O. Box 162
Zimmerman, MN 55398

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 236.24

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48 Nonpriority creditor's name and mailing address**

Voestalpine High Performance Metals Corp.
PO Box 856088
Minneapolis, MN 55485-6088

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 301.12

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49 Nonpriority creditor's name and mailing address**

Williams Equipment Fund LLC
12401 Lucas Lane
Louisville, KY 40223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,000.00

**Basis for the claim:** Equipment Lease

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50 Nonpriority creditor's name and mailing address**

WIPFLI LLP
PO Box 3160
Milwaukee, WI 53201-3160

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33,510.74

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | UMAPM Holding Company LLC | Case number *(if known)* | 24-43262 |
|---|---|---|---|
| | Name | | |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Andrew M. Luger, U.S. Attorney for the District of Minnesota<br>U.S. Courthouse, 300 South 4th Street<br>Suite 600<br>Minneapolis, MN 55415 | Line 2.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | Attorney General<br>U.S. Department of Justice, 950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 4.3. | Cynthia L. Hegarty<br>Winthrop & Weinstein, Capella Tower, 225 South Sixth Street<br>Suite 3500<br>Minneapolis, MN, 55402 | Line 3.46<br>☐ Not listed. Explain | _____ |
| 4.4. | Danny Werfel, Commissioner<br>1111 Constitution Ave NW<br>Washington, DC 20224 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 41. | Dist. Counsel of the IRS<br>380 Jackson St. Ste 650<br>Saint Paul, MN 55101 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 4.5. | Keith Ellison, MN Attorney General<br>445 Minnesota Street<br>Suite 600<br>Saint Paul, MN 55101 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor    UMAPH Holding Company LLC                          Case number (if known)    24-43262
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 272,237.95 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 272,237.95 |

**Fill in this information to identify the case:**

Debtor name _UMAPM Holding Company LLC_

United States Bankruptcy Court for the: _District of Minnesota_

Case number (If known): _24-43262_        Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 26833 5th Street W, Zimmerman, MN 55398<br>Lessee<br><br>~62 months | UMA Properties, LLC<br>26820 140th St.<br>Attn: Tom McChesney, Manager<br>Zimmerman, MN, 55398 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Matsuura MX-330 (SN23011)<br>Lessee<br><br>~71 months | Williams Equipment Fund LLC<br>12401 Lucas Lane<br>Louisville, KY, 40223 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Ricoh C2004EX Copier<br>Lessee<br><br>~44 months | U.S. Bank Marshall Equipment Finance<br>1310 Madrid St.<br>Marshall, MN, 56258 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___UMAPM Holding Company LLC___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (If known): ___24-43262___

❑ Check if this is an
amended filing

Official Form 206H
_____

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ❑ Yes |

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name  UMAPM Holding Company LLC

United States Bankruptcy Court for the:  District of Minnesota

Case number (If known):  24-43262

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 2,835,167.56 |
| **For prior year:** | From 01/01/2023 MM / DD / YYYY | to | 12/31/2023 MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,381,037.21 |
| **For the year before that:** | From 01/01/2022 MM / DD / YYYY | to | 12/31/2022 MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,669,663.14 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ___ MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From ___ MM / DD / YYYY | to | ___ MM / DD / YYYY | | $ |
| **For the year before that:** | From ___ MM / DD / YYYY | to | ___ MM / DD / YYYY | | $ |

| Debtor | UMAPM Holding Company LLC | Case number *(if known)* | 24-43262 |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 215,580.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | UMA Properties LLC<br>Insider's name<br>26820 140th St.<br>Attn: Tom McChesney, Manager<br>Zimmerman, MN 55398-8724 | | $ 168,223.00 | Real Property Lease |
| | **Relationship to debtor**<br>Affiliate | | | |
| 4.2. | Williams Equipment Fund LLC<br>Insider's name<br>12401 Lucas Lane<br>Louisville, KY 40223 | | $ 10,000.00 | Equipment Lease |
| | **Relationship to debtor**<br>Affiliate/Relative | | | |

| Debtor | UMAPM Holding Company LLC | Case number *(if known)* | 24-43262 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | UMA Properties, LLC v. UMAPM Holding Company, LLC | Eviction | Sherburne County District Court | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 71-cv-24-1570 _____ | | 13880 Business Center Drive NW Elk River, MN 55330 | |
| 7.2. | **Case title** _____ | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** _____ | | | |

Debtor  UMAPM Holding Company LLC
_____    Case number (if known) 24-43262
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| Recipient's relationship to debtor | | | |
| _____ | | | |

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | UMAPM Holding Company LLC | Case number *(if known)* 24-43262 |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sapientia Law Group PLLC | | 11/21/2024 | $ 50,000.00 |
| | **Address** | | | |
| | 120 South 6th Street<br>Suite 100<br>Minneapolis, MN 55402 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | **Trustee** | | | |
| | | | | |

| Debtor | UMAPM Holding Company LLC | Case number *(if known)* | 24-43262 |
|---|---|---|---|
| | Name | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | | From | _____ | To | _____ |
| 14.2. | | From | _____ | To | _____ |

---

| Debtor | UMAPM Holding Company LLC | Case number *(if known)* 24-43262 |
|---|---|---|
| | Name | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | UMAPM Holding Company LLC | Case number (if known) 24-43262 |
|---|---|---|
| | Name | |

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| | Address | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| | Address | | |

---

Debtor    UMAPM Holding Company LLC
_____
Name

Case number *(if known)* 24-43262
_____

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| Boston Scientific | 26833 5th Street W. | Raw Materials | $ Unknown |
| Name | Zimmerman, MN 55398 | | |
| 4100 Hamline Ave. N. | | | |
| Saint Paul, MN 55112 | | | |

---

| **Part 12:** | **Details About Environmental Information** |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| _____ | _____ | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor   UMAPM Holding Company LLC _____     Case number *(if known)* 24-43262
    ‾‾‾Name‾‾‾

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

Debtor   UMAPM Holding Company LLC
_____   Case number (if known)  24-43262
Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. WIPFLI LLP<br>Name<br>P.O. Box 3160, Milwauki, WI 53201-3160 | From 01/01/2020<br>To 12/31/2022 |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    UMAPM Holding Company LLC
_____
          Name

Case number (*if known*)__24-43262_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____
          Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    Choice Financial Group
          _____
          Name
          4501 23rd Ave. S., Fargo, ND 58104

| Name and address |
|---|

26d.2.    Prather Acquisition Company, LLC
          _____
          Name
          Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
          Name

Debtor  UMAPM Holding Company LLC
_____    Case number (if known) 24-43262
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.  _____
Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Prather Acquisition Company, LLC | Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801 | | 80 |
| McChesney Holdings, Inc. | 26833 5th St. W, Zimmerman, MN 55398 | | 20 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Tom McChesney | 0.00 | _____ | Unauthorized Post-Sale Personal Expenses |
| Name 26820 140th St. Zimmerman, MN 55398-8724 | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| Affiliate | | | |

| Debtor | UMAPM Holding Company LLC | Case number *(if known)* 24-43262 |
|---|---|---|
| | Name | |

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/13/2024
            MM / DD / YYYY

✖ /s/ John Siami                                         Printed name  John Siami
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

| Debtor Name | UMAPM Holding Company LLC | Case number *(if known)* | 24-43262 |
|---|---|---|---|

## <u>Continuation Sheet for Official Form 207</u>

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
**QDP Technologies 6459 144 Ave. NW, $48,000.00**
** Anoka, MN 55303**
**17) Pension Contributions**
**Insperity 401K Plan 76-0178498**
**26d) Creditors**
**McChesney Holdings, Inc. 26833 5th St. W, Zimmerman, MN 55398**

SOFA Part 2, Question 3
Preference Period Payments

8/29/24 to 11/26/24
At least $5,575 in aggregate

| Row Labels | Sum of Amount | | Sum /< $5,575: | $215,580.95 |
|---|---|---|---|---|
| PROTE625 | $30,642.97 | | | |
| Spencer Fane Llp | $20,140.50 | | | |
| UMA Properties LLC | $19,379.45 | | | |
| MVIN501 | $14,611.79 | | | |
| Plastics International | $14,540.67 | | | |
| PROD301 | $13,354.45 | | | |
| CONNEXUS ENERGY | $12,487.71 | | | |
| Mcmaster-Carr | $11,833.24 | | | |
| AMER701 | $10,625.36 | | | |
| Chase Card Services | $10,169.02 | | | |
| Forecreu America, Inc. | $9,978.80 | | | |
| UPS | $8,339.35 | | | |
| RYCA701 | $8,021.12 | | | |
| MIDWA501 | $6,896.11 | | | |
| HAWK RIDGE SYSTEMS | $6,413.82 | | | |
| Integrated Technology, Inc | $6,290.30 | | | |
| Titanium Industries, Inc. | $5,984.22 | | | |
| Arrow Finishing Inc. | $5,872.07 | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _UMAPM Holding Company LLC_

United States Bankruptcy Court for the: _District of Minnesota_

Case number (*If known*): _24-43262_

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12/13/2024_
MM / DD / YYYY

✘ /s/ John Siami
Signature of individual signing on behalf of debtor

John Siami
Printed name

Manager
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**