**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: UMAPM Holding Company, LLC                    Bky File No. 24-43262

                                                     Chapter 11

Debtor.

---

### REPORT OF SUBSTANTIAL CONSUMMATION

TO: THE SUBCHAPTER V TRUSTEE, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE THAT:

**CONFIRMATION OF THE SECOND MODIFIED PLAN OF REORGANIZATION OF THE DEBTOR**

On November 14, 2025 [ECF 157], the United States Bankruptcy Court for the District of Minnesota entered an Order confirming the Second Modified Plan of Reorganization of the Debtor [ECF No. 154] (the "Plan") as a Consensual Subchapter V plan of reorganization.

SUBSTANTIAL CONSUMMATION

Under Section 1101(2) of the United States Bankruptcy Code, in connection with Chapter 11, "substantial consummation means:

(A) transfer of all of the property proposed by the plan to be transferred;
(B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
(C) commencement of distribution under the plan.

11 U.S.C. § 1101(2).

Section 1183(c)(2) of the United States Bankruptcy Code provides:

(2) SERVICE OF NOTICE OF SUBSTANTIAL CONSUMMATION.

Not later than 14 days after the plan of the debtor is substantially consummated, the debtor shall file with the court and serve on the trustee, the United States trustee, and all parties in interest notice of such substantial consummation.

11 U.S.C. § 1183(c)(2).

In compliance with Section1183(c)(2), the Debtor hereby gives notice of substantial consummation of the Plan.

Dated: December 3, 2025

/s/ *Karl J. Johnson*
Karl J. Johnson (391211)
MJB Law Firm, PLLC
3701 Shoreline Drive, STE 200A
Wayzata, MN  55391
612-961-0145

**Attorneys for Debtor**

2