**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In Re:**                                                      **BKY No.:  24-43262**
                                                                **Chapter 11**

**UMAPM Holding Company LLC,**

**Debtor.**

---

**Chapter 11 Subchapter V Trustee's Report of No Distribution**

---

I, **Steven B. Nosek**, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  A consensual plan was confirmed on November 14, 2025, Doc. 157.  The Debtor filed a Notice of Substantial Completion on December 3, 2025, Doc. 159. The Court awarded compensation to me as the Subchapter V trustee in the total amount of $21,678.24. These funds have been paid by the debtor to the trustee.   I hereby certify that my administration of the estate of the above-named debtor has been completed.  I request that I be discharged from any further duties as trustee.

Dated:  June 29, 2026                    */e/ Steven B. Nosek*
                                          Steven B. Nosek, Trustee
                                          Attorney #79960
                                          10285 Yellow Circle Drive
                                          Hopkins, MN 55343
                                          Telephone:  (612) 335-9171
                                          Email:  snosek@noseklawfirm.com